UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN VAYKO,<br><br>    Plaintiff,<br><br>v.<br><br>OAKLAND COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 24-11327<br><br>Honorable Robert J. White |

## JUDGMENT

The Court has dismissed the complaint with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                                              KINIKIA D. ESSIX
                                              CLERK OF COURT


                                              By: s/Tara Villereal_____
                                                        Deputy Clerk

Dated:    September 30, 2024

Approved: s/Robert J. White_____
               Robert J. White
               United States District Judge